■ JOSETTE FERRARO, an Infant, by Her Guardian ad Litem, JOSEPH FERRARO, Respondent, et al., Plaintiff, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the

decision. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.